**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00963-CR

**CHRISTOPHER ARIC RADKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F96-02380-UN**

## ORDER

The Court has before it appellant's July 31, 2013 pro se motion to extend time to file his docketing statement. The documents before the Court reflect that the Dallas County Public Defender's Office was appointed to represent appellant in this appeal from the order denying appellant's motion for post-conviction DNA testing. That information, however, was inadvertently left off the Court's case management system. Because appellant is represented by counsel, we **DENY** his pro se motion to extend time to file the docketing statement.

We **DIRECT** the Clerk to list Katherine Drew of the Dallas County Public Defender's Office as appellant's appointed attorney of record.

The record was due in this appeal by July 30, 2013, but has not yet been filed. It does not appear from the trial court's order that a hearing was conducted on appellant's motion for post-

conviction DNA testing, but the trial court may have reviewed the record of the underlying conviction.

Accordingly, we **DIRECT** the Clerk to transfer the record from the appeal in cause no. 05-97-01978-CR, styled *Christopher Radke v. The State of Texas*, into the above appeal. We further **DIRECT** the Clerk to file a copy of this order with the papers of cause no. 05-97-01978-CR.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to counsel for all parties.


/s/    DAVID EVANS
        JUSTICE